UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMERIA DEMERRITT                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:25-cv-118-TSL-RPM

HINDS COUNTY HUMAN RESOURCE AGENCY                         DEFENDANT

ORDER

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket,

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 7th day of November, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE